CAROLYN BENEDICT and Others v. INSURANCE EQUITIES CORPORATION, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

H. E. & S. TRANSPORTATION CORPORATION v. CHECKER CAB SALES CORPORATION.— Motion for reargument or for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

In the Matter of HILDA PHILACTOS, Respondent, v. SPYROS PHILACTOS, Appellant.— The order appealed from having been superseded by a later order, the motion to dismiss the appeal made on that ground is granted. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of HILDA PHILACTOS v. SPYROS PHILACTOS.— Motion to dismiss appeal granted. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

ISABEL LOORAM, Plaintiff, Respondent, v. DOROTHEA LOORAM, Individually and as Trustee for the Benefit of DOROTHEA LOORAM and Others, Appellants; LUCIEN LOORAM and Others, Respondents; WILLIAM P. CAVANAUGH, Individually, as Executor, etc., and Others, Defendants.— Order affirmed, with twenty dollars costs and disbursements to the respondents against the appellants, with leave to the defendants who have not answered to answer within twenty days after service of order upon payment of costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.; Townley and Untermyer, JJ., dissent.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BENJAMIN FRIEDMAN, Appellant.— Judgment affirmed. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

GEORGE L. SAWYER, Respondent, v. AMERICAN INSURANCE COMPANY OF NEWARK, NEW JERSEY, Appellant.— Judgment modified by reducing the judgment to the sum of $14,808.12, with interest from May 31, 1934, and costs, and as so modified affirmed, without costs of this appeal. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

JENNIE L. INGO, Respondent, v. LOUIS DIENST, Appellant.— Judgment and order reversed and a new trial ordered, with costs to the appellant to abide the event, on the ground that the verdict was against the weight of the credible evidence and for errors appearing in the charge with respect to the burden of proof. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

CONTINENTAL CASUALTY COMPANY, Appellant, v. NATIONAL SLOVAK SOKOL, INC., Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

THE ÆTNA CASUALTY AND SURETY COMPANY, Appellant, v. FLEISCHMAN WINE AND LIQUOR CO., INC., Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

CONSOLIDATED TELEGRAPH AND ELECTRICAL SUBWAY COMPANY, Respondent, v. BOARD OF COMMISSIONERS OF THE SINKING FUND OF THE CITY OF NEW YORK and Others, Appellants.— Order affirmed, with twenty dollars costs and disburse-